No. 95–123.  GRAHAM *v.* MENGEL, CLERK OF THE SUPREME COURT OF OHIO AND SECRETARY OF THE BOARD OF BAR EXAMINERS, ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 95–126.  BLUE *v.* DEPARTMENT OF THE TREASURY.  C. A. Fed. Cir.  Certiorari denied.

No. 95–128.  UNITED STATES *v.* COUNTY OF SAN DIEGO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–130.  CORNISH SHIPPING LTD. *v.* INTERNATIONAL NEDERLANDEN BANK N. V., FKA NMB POSTBANK GROEP, N. V.  C. A. 2d Cir.  Certiorari denied.

No. 95–131.  MISANO DI NAVIGAZIONE S. P. A. *v.* ENERIA, INDIVIDUALLY AND AS GUARDIAN OF ENERIA, AND AS TUTRIX OF ENERIA ET AL.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 95–136.  KELLEY CO., INC. *v.* RITE-HITE CORP. ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 95–140.  BREEDLOVE *v.* HART ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 95–144.  R. J. STEICHEN & CO. ET AL. *v.* HONN.  Ct. App. Minn.  Certiorari denied.

No. 95–146.  ROUTE 17 CORP. *v.* TOWN OF ASHLAND ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–147.  GRADY, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF ILLINOIS, ET AL. *v.* RHONE-POULENC RORER INC. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–148.  SEABURY MANAGEMENT, INC. *v.* PROFESSIONAL GOLFERS' ASSOCIATION OF AMERICA, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–149.  PIPKINS *v.* NEVADA STATE BAR.  Sup. Ct. Nev.  Certiorari denied.

No. 95–150.  ANDRESS *v.* RUNYON, POSTMASTER GENERAL.  C. A. 6th Cir.  Certiorari denied.